UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL SANTURE,

    Plaintiff,                                               Case No. 11-10193
                                                           Honorable Denise Page Hood
v.

MARK HATT,

    Defendant.
_____/

## **JUDGMENT**

This action having come before the Court and the Court having issued an order dismissing the case this date,

    Accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                                           DAVID J. WEAVER
                                                            CLERK OF COURT

Approved:                                              By:s/LaShawn Saulsberry
                                                              Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 27, 2013

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2013, by electronic and/or ordinary mail.

                                        S/LaShawn R. Saulsberry
                                        Case Manager